IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIS D. HARRIS,<br><br>              Plaintiff,<br><br>      v.<br><br>MARCH FONG EU, et al.,<br><br>              Defendants. | No.  2:21-CV-0917-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion to refer this case for alternative dispute resolution. See ECF No. 8. The Court construes the motion as one seeking referral for a settlement conference. Referral for a settlement conference is inappropriate at this time. The Court has not yet screened Plaintiff's complaint as required under 28 U.S.C. § 1915A[1] or ordered the complaint served on any defendant. Accordingly, Plaintiff's motion is **DENIED,** without prejudice to renewal of the motion following completion of service and the appearance of all parties.

IT IS SO ORDERED.

Dated:  July 20, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief.  See 28 U.S.C. § 1915A(b)(1)–(2).

1